CASE CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHRAM GHOLIZADEH and FARIDEH GHOLIZADEH<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-07575-ODW-AGR<br><br>**JUDGMENT GRANTING DEFENDANT WELLS FARGO'S MOTION TO DISMISS**<br><br>[The Hon. Otis D. Wright II] |

On December 17, 2015, the Court issued an Order granting Defendant WELLS FARGO BANK's Motion to Dismiss Complaint without leave to amend. Accordingly, good cause exists to enter judgment in this matter.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The complaint is hereby dismissed as to Defendant Wells Fargo Bank, without leave to amend;

2. Judgment is entered in favor of Defendant Wells Fargo Bank and

against Plaintiffs Bahram Gholizadeh and Farideh Gholizadeh on the Complaint and all causes of action alleged therein; and

3. Plaintiffs shall take and recover nothing in this action from defendant Wells Fargo.

**IT IS SO ORDERED.**

January 6, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**